# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVINO, LLC, a Delaware limited liability company<br>　　　　Plaintiff,<br><br>vs.<br><br>TAZA DESIGN, a business entity, form unknown, KEITH KING, an individual, SABINA KING, an individual, AMAZON.COM, INC., a Delaware corporation, and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. 3:14-cv-05220-WHO<br><br>**ORDER GRANTING CONTINUANCE OF SCHEDULED INITIAL CASE MANAGEMENT CONFERENCE** |

The Court, having considered govino, LLC and Amazon.com, Inc.'s Joint Motion for Continuance of Scheduled Initial Case Management Conference, finds that the Motion should be and is hereby GRANTED.

The Initial Case Management Conference is rescheduled for March 31, 2015 at 2:00 P.M. before the Honorable William H. Orrick. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

SIGNED on this 23rd day of February, 2015.



Hon. William H. Orrick