IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GOVINO, LLC, | ) No. 3:14-cv-05220-WHO |
| | ) |
| Plaintiff, | ) ORDER GRANTING UNOPPOSED MOTION OF |
| | ) AMAZON.COM, INC. TO RESET |
| -vs.- | ) CASE MANAGEMENT CONFERENCE |
| | ) TO APRIL 14, 2015 |
| AMAZON.COM, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court, having considered the Unopposed Motion of Amazon.com, Inc. to Re-set Case Management Conference to April 14, 2015, finds that the motion should be and is hereby GRANTED.

The Case Management Conference is rescheduled for April 14, 2015 at 2:00 p.m. before Honorable William H. Orrick.

SIGNED on this 30th day of March, 2015.

_____
Honorable William H. Orrick
United States District Court Judge